UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAUREN VASQUEZ,<br><br>       Plaintiff,<br><br>  v.<br><br>RYDER TRUCK RENTAL, INC., FALCON TRANSPORTATION, LLC, BLUE DIAMOND TRANSPORTATION, LLC, and CHAD R SMITH,<br><br>       Defendants. | 24-CV-5490 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On August 9, 2024, the parties submitted a joint status letter and proposed case management plan, *see* Dkt. 6, 7, and they indicated that they consent to conducting all further proceedings before a Magistrate Judge, *see* Dkt. 7. On August 15, 2024, the Court thus directed the parties to complete the attached form, accessible at https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf, and to file it on the docket. *See* Dkt. 9. The parties have not yet done so.

No later than September 3, 2024, the parties shall either (1) complete the attached form and file it on the docket, or (2) submit a joint letter requesting that the Court schedule an initial status conference in this matter. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: August 27, 2024
    New York, New York

                      Ronnie Abrams
                      United States District Judge

AO 85 (Rev. 02/17)  Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the

|  |  |
|---|---|
| _____ ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. |
| _____ ) | |
| *Defendant* ) | |

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.*  A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment.  The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court.  A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences.  The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.*  The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| | | |
| | | |
| | | |

**Reference Order**

**IT IS ORDERED:**  This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____        _____
*District Judge's signature*

_____
*Printed name and title*

Note:    Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge.  Do not return this form to a judge.