UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LAUREN VASQUEZ,                                      :
                                                     :        24-CV-5490 (RWL)
                          Plaintiff,                 :
                                                     :
            - against -                              :        **ORDER**
                                                     :
RYDER TRUCK RENTAL, INC., et al,                     :
                                                     :
                          Defendants.                :
                                                     :
-----------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

All discovery in this case closed on June 2, 2025.  (*See* Dkt. 29 (Dec. 12, 2024 order errantly identifying extended deadline for 2024 instead of 2025).)  The deadline for filing summary judgment or a pretrial order therefore expired on July 2, 2025.  There has been no activity on the docket since the Court's December 12, 2024 order until Defendant Chad Smith's suggestion of death on April 17, 2026.  Accordingly, the parties shall meet and confer, and by **April 27, 2026**, shall file a joint letter reporting on status.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 20, 2026
       New York, New York

Copies transmitted this date to all counsel of record.