LAW OFFICES OF
PATRICK J
MULLANEY P.C.

100-09 Metropolitan Avenue
Forest Hills, New York 11375
(718) 821-8100 Tel
(347) 868-8032 Fax
(718) 785-9570 Fax

Patrick J. Mullaney, Esq.
Barry Liebman, Esq.
Kevin G. Lillis, Esq.
Dennis Ring, Esq., of Counsel

September 9, 2026

**Via ECF**

SO ORDERED:

9/10/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Hon. Robert W. Lehrburger
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: Lauren Vasquez v. Ryder Truck Rental, Inc., *et. al.***
**Docket No.: 1:24-cv-05490-RA**

Dear Judge Robert W. Lehrburger:

I write to Your Honor to respectfully request a 30-day extension of Plaintiff Lauren Vasquez's time to file opposition to Defendant's Motion for Summary Judgment, which is presently due on September 10, 2026.

The requested extension is made jointly, in good faith, and with the consent of Defendant's counsel. The additional time will permit Plaintiff's counsel sufficient time to complete the necessary review and preparation of Plaintiff's opposition papers and to fully address the issues raised in Defendant's motion.

The parties respectfully submit that the requested extension will not prejudice either party and will allow for the orderly and complete presentation of the issues before the Court.

Accordingly, the parties jointly and respectfully request that the Court extend Plaintiff's deadline to file opposition to Defendant's Motion for Summary Judgment by thirty (30) days, from September 10, 2026 to October 12, 2026, and respectfully request that the Court extend Defendant's deadline to file a reply by thirty (30) days, from September 24, 2026 to October 26, 2026, or to such other dates as the Court deems appropriate.

Thank you for the Court's consideration of this joint request.

Respectfully Submitted,

Kevin G. Lillis, Esq. (KL 6632)

cc: Christina N. Stewart, Esq. (via ECF)